AO 91 (Rev. 08/09)  Criminal Complaint

**FILED**
April 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____Joseph Hinojos_____
DEPUTY

# UNITED STATES DISTRICT COURT
for the
**Western District of Texas**
Pecos Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  **PE: 26-MJ-140** |
| Ivan Halef MENDOZA Almanza | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  04/15/2026  in the county of  Presidio  in the WESTERN DISTRICT OF TEXAS  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(A) (viii) | did knowingly and intentionally possess with intent to distribute cocaine, to wit: 7.5 kilograms/ 16.5 pounds, a Schedule II controlled substance |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Michael McCall*

*Complainant's signature*

Michael McCall, Special Agent, HSI

*Printed name and title*

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date:  4/20/2026

*Judge's signature*

City and state:  Alpine, Texas

Honorable Judge David B. Fannin

*Printed name and title*

<u>Affidavit</u>

On April 15, 2026, at approximately 1941 hours, Reeves County Sherriff's Deputies conducted a vehicle stop on a charcoal in color Hyundai Sonata after observing the driver commit two (2) traffic infractions; traveling 77mph in a posted 65mph zone and failure to signal lane change. Deputies identified the driver as Ivan MENDOZA Almanza, a Mexican national. MENDOZA was accompanied by his wife and five (5) year old son. MENDOZA informed deputies he and his family were traveling to Abilene, TX to purchase a vehicle.

Deputies requested and were granted consent by MENDOZA to search the vehicle. During the search of the trunk, deputies discovered a duffle bag that had been concealed within a larger tool bag. Inside the duffle bag, deputies located six (6) vacuum sealed brick shaped bundles wrapped in clear tape. The brick shaped bundles contained a white powdery substance that tested positive for the properties of cocaine. The total cocaine found in the vehicle was approximately 7.5 kilograms/ 16.5 pounds. MENDOZA, his family and the vehicle were relocated to the Reeves County Sheriff's Office annex building for processing.

HSI Presidio Agents provided MENDOZA his Miranda Statement of Rights in the Spanish language. MENDOZA stated he understood his rights and agreed to make a statement. MENDOZA stated he agreed to transport narcotics for the drug smuggling organization because of a debt he incurred during his business of exporting vehicles from the United States to Mexico. The transportation and delivery of the cocaine was a means to settle his debt. MENDOZA stated this was his third time smuggling drugs for the organization. On this trip, MENDOZA stated he was instructed to transport the narcotics to Charlotte, North Carolina. On his prior trips, MENDOZA delivered narcotics to Dallas, TX and Jackson, Mississippi.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

*Michael McCall*
_____
Michael Mcall
HSI Special Agent

_____
Honorable Judge David B. Fannin